ANNA WELCH, Respondent, *v.* TRIPLE CITIES TRACTION CORPORATION, Appellant.

Argued April 20, 1943; decided May 27, 1943.

*Harold S. Taylor* and *Edward F. Ronan* for appellant.
*Frank D. Morris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J. Taking no part: FINCH, J.